864

No. 76–5030. Blackburn v. Florida. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 76–5032. Fortune et al. v. Mulherrin et al. C. A. 1st Cir. Certiorari denied.

No. 76–5033. Bateman v. Arizona. Sup. Ct. Ariz. Certiorari denied.

No. 76–5036. Mays v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 76–5038. Haynes v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–5039. Prospare Walter L. v. California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–5045. Simmons v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 76–5047. Perez v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 76–5048. Putmon v. Henderson, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 76–5052. Jacobson v. United States. C. A. 8th Cir. Certiorari denied.

No. 76–5057. Scherer v. Pogue, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 76–5059. Zapata v. Werner, Corrections Commissioner, et al. C. A. 3d Cir. Certiorari denied.

No. 76–5061. Campbell v. California. C. A. 9th Cir. Certiorari denied.